FILED by _____ CG __ D.C.

Jun 13, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## 19-20361-CR-SCOLA/TORRES
Case No._____

18 U.S.C. § 1956(h)
18 U.S.C. § 1956(a)(1)(B)(i)
18 U.S.C. § 1956(a)(2)(B)
18 U.S.C. § 982(a)(1)

**UNITED STATES OF AMERICA**

**vs.**

**HAROL MELGAREJO ESTEVEZ,**
**LORENZO JUNIOR SOLANO LORA, and**
**CARLOS MIGUEL PEÑA,**

        **Defendants.**

_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT 1
### Conspiracy to Commit Money Laundering
### (18 U.S.C. § 1956(h))

Beginning at least as early as January 1, 2018, and continuing until on or about November 9, 2018, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**HAROL MELGAREJO ESTEVEZ,**
**LORENZO JUNIOR SOLANO LORA, and**
**CARLOS MIGUEL PEÑA,**

did willfully with the intent to further the object of the conspiracy and knowingly combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to violate Title 18, United States Code, Section 1956, that is: to knowingly conduct a financial transaction affecting interstate and foreign commerce, which transaction involved the proceeds of specified unlawful activity, knowing that the property involved in the financial

transaction represented the proceeds of some form of unlawful activity, and knowing that the transaction was designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

It is further alleged that the specified unlawful was the manufacture, importation, sale and distribution of a controlled substance punishable under the laws of the United States and the Dominican Republic.

All in violation of Title 18, United States Code, Section 1956(h).

### COUNT 2
**Laundering of Monetary Instruments**
**(18 U.S.C. § 1956(a)(1)(B)(i))**

On or about October 3, 2018, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**HAROL MELGAREJO ESTEVEZ,**
**LORENZO JUNIOR SOLANO LORA, and**
**CARLOS MIGUEL PEÑA,**

did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, that is, the transfer of approximately $759,000 in United States currency in Miami, Florida, which financial transaction involved the proceeds of specified unlawful activity, knowing the property involved in the financial transaction represented the proceeds of some form of unlawful activity, and knowing that such transaction was designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

It is further alleged that the specified unlawful was the manufacture, importation, sale and

distribution of a controlled substance punishable under the laws of the United States and the Dominican Republic.

## FORFEITURE ALLEGATIONS

1.      The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which any of the defendants, **HAROL MELGAREJO ESTEVEZ, LORENZO JUNIOR SOLANO LORA, and CARLOS MIGUEL PEÑA,** have an interest.

2.      Upon conviction of a violation of Title 18, United States Code, Sections 1956, as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, involved in such offense, and any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1).

3.      All pursuant to Title 18, United States Code, Section 982(a)(1), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

_____

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____

ANDY R. CAMACHO
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**                    CASE NO. <u>2019R0</u>

vs.
                                                **CERTIFICATE OF TRIAL ATTORNEY\***

**HAROL MELGAREJO ESTEVEZ et al.,**

   **Defendant.**

_____/         **Superseding Case Information:**

**Court Division**: (Select One)        New Defendant(s)          Yes _____  No ____
                                        Number of New Defendants  _____
  <u>X</u>  Miami    ____Key West       Total number of counts     _____
  ____ FTL    ____WPB      FTP

       I do hereby certify that:

   1.   I have carefully considered the allegations of the indictment, the number of defendants, the number
        of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

   2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this
        Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial
        Act, Title 28 U.S.C. Section 3161.

   3.   Interpreter:     (Yes or No)      <u>Yes</u>
        List language and/or dialect      <u>Spanish</u>

   4.   This case will take    <u>3-4</u>   days for the parties to try.

   5.   Please check appropriate category and type of offense listed below:
        (Check only one)                       (Check only one)

   I     0  to  5 days        <u>  X  </u>         Petty      _____
   II    6  to 10 days        _____              Minor      _____
   III   11 to 20 days        _____              Misdem.    _____
   IV    21 to 60 days        _____              Felony     <u>  X  </u>
   V     61 days and over     _____

   6.   Has this case been previously filed in this District Court?   (Yes or No)   <u>No</u>
        If yes:
        Judge: _____           Case No. _____
        (Attach copy of dispositive order)
        Has a complaint been filed in this matter?        (Yes or No)   <u>Yes</u>
        If yes:
        Magistrate Case No.              <u>19-mj-02681-LFL</u>
        Related Miscellaneous numbers:   _____
        Defendant(s) in federal custody as of   <u>April 30, 2019</u>
        Defendant(s) in state custody as of     _____
        Rule 20 from the                        District of _____

   Is this a potential death penalty case? (Yes or No)      <u>No</u>

   7.   Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office
        prior to October 14, 2003?          _____ Yes   <u>X</u>  No

                              _____
                              ANDY R. CAMACHO
                              ASSISTANT UNITED STATES ATTORNEY
                              Court No. A5501807

\*Penalty Sheet(s) attached

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:   HAROL MELGAREJO ESTEVEZ**

**Case No:**

Count #: 1

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956(h)

**\*Max. Penalty:**   20 Years' Imprisonment

Count #: 2

Money Laundering

Title 18, United States Code, Section 1956(a)(1)(B)(i)

**\*Max. Penalty:**   20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## <u>PENALTY SHEET</u>

**Defendant's Name:**   **LORENZO JUNIOR SOLANO LORA** _____

**Case No:** _____

Count #: 1

Conspiracy to Commit Money Laundering _____

Title 18, United States Code, Section 1956(h) _____

**\*Max. Penalty:**   20 Years' Imprisonment _____

Count #: 2

Money Laundering _____

Title 18, United States Code, Section 1956(a)(1)(B)(i) _____

**\*Max. Penalty:**   20 Years' Imprisonment _____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**   **CARLOS MIGUEL PEÑA**

**Case No:**

Count #: 1

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956(h)

**\*Max. Penalty:**   20 Years' Imprisonment

Count #: 2

Money Laundering

Title 18, United States Code, Section 1956(a)(1)(B)(i)

**\*Max. Penalty:**   20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**