UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-20361-CR-SCOLA(s)

UNITED STATES OF AMERICA

vs.

CARLOS MIGUEL PENA,
a/k/a "Miki,"

      **Defendant.**
_____/

## FACTUAL PROFFER

The United States of America, CARLOS MIGUEL PENA, a/k/a "Miki" (the Defendant or Pena), and his undersigned counsel agree that, had this case proceeded to trial, the United States would have proven the following facts, among others, beyond a reasonable doubt:

Beginning at least as early as January of 2018, and continuing until his arrest in or around October 10, 2019, the Defendant conspired to import cocaine into the United States from the Dominican Republic, and to engage in money laundering by engaging in financial transactions to disguise the nature, location, and source of his drug trafficking proceeds.

<u>Drug Trafficking Activities</u>

From January 1, 2018, through his arrest in October of 2019, the Defendant conspired and attempted to import cocaine into South Florida from the Dominican Republic. In furtherance of these activities, the Defendant coordinated shipments of cocaine from the Dominican Republic to South Florida aboard yachts, and coordinated the sale of cocaine once it arrived in the United States. He then worked with other co-conspirators to launder drug proceeds in several ways. Diony Rafael Cabrera and others were recruited into this conspiracy by Pena and acted at his direction.

For example, in the Spring of 2019, the Defendant and his co-conspirators, including Felipe Martinez, a/k/a "Aventura," purchased a yacht called the Triple A in Miami, Florida, for the purpose of smuggling narcotics. The yacht was transported to the Dominican Republic, where members of the conspiracy loaded it with 280 kilograms of cocaine. During this time, Pena orchestrated the rental of a house on Keystone Boulevard, in North Miami, Florida, to serve as a location to import cocaine on the Triple A.

On June 1, 2019, the Triple A arrived at the house on Keystone Boulevard loaded with cocaine. Law enforcement observed Pena, Felipe Martinez, Diony Rafael Cabrera, and Ramon Antonio Gilbert Baez unloading items from the Triple A and taking them into the residence.

A black Cadillac Escalade belonging to Pena exited the residence's garage driven by Ramon Antonio Gilbert Baez, and a lawful traffic stop was performed. A narcotics detection canine alerted to the rear of the vehicle, which was searched. Inside a hidden compartment, law enforcement located 80 individually wrapped kilograms of cocaine.

During this time, law enforcement performed a lawful protective sweep of the residence. Pena and Felipe Martinez were able to flee out of the back of the residence and escape. On the floor of the kitchen, law enforcement observed 94 individually wrapped kilograms of cocaine. Law enforcement also conducted a lawful protective sweep of the Triple A, and found an additional 106 kilograms of cocaine on the vessel.

Subsequent to this event, law enforcement reviewed cell phones seized from Diony Cabrera. On the phones, law enforcement observed several narcotics trafficking ledgers that Cabrera kept for Pena at Pena's direction. The ledgers reflected past narcotics loads that had been imported and sold by Pena, and money owed to Pena for those transactions.

The cocaine seized on June 1 was tested by a narcotics testing laboratory, and was

confirmed to be approximately 280 kilograms of cocaine. Pena successfully imported several additional shipments of cocaine into the United States that were not intercepted by law enforcement. During the period of his narcotics conspiracy, Pena's primary source of income was his narcotics trafficking, and he was not otherwise employed.

Money Laundering Activities

From January 2018 through his arrest in October of 2019, Pena engaged in money laundering in order to disguise the proceeds of narcotics sales, purchase property in the United States using cocaine proceeds, and export drug proceeds to the Dominican Republic. Pena and co-conspirators Lorenzo Junior Solano Lora, Harol Melgarejo Estevez, and others worked together to launder the proceeds of Pena's drug trafficking activity. Pena would also use yachts that he owned to bulk smuggle narcotics proceeds back to the Dominican Republic.

Solano and Melgarejo used the services of Reymi Medina to transfer money belonging to Pena and others from the United States to the Dominican Republic. Medina laundered money through three primary means. First, he would bulk cash smuggle the money to the Dominican Republic. Second, Medina would deposit the cash proceeds in personal and business checking accounts in South Florida and then wire the funds to the Dominican Republic. And third, Medina purchased vehicles with drug proceeds and then exported the vehicle to the Dominican Republic.

For example, on or about October 3, 2018, Medina picked up approximately $759,820 in United States currency from Pena in Midtown Miami. This money was proceeds from the sale of cocaine imported from the Dominican Republic by Pena, which was going to be laundered by Pena's co-conspirators. After picking up the money, Medina sent a WhatsApp message to Solano stating, in Spanish, "the Corolla that Harol [Melgarejo] asked for costs 759,820 pesos confirmed." This message was code confirming that Medina had picked up $759,820 from Pena at Solano's

direction.

Between October 3 and 4, Medina and a co-conspirator made multiple ATM deposits of Pena's cash narcotics proceeds. Medina intended to then transfer Pena's money to bank accounts in the Dominican Republic. However, Medina was arrested before he could follow through on this plan. Law enforcement eventually seized $664,630 of the $759,820. Approximately $95,190 was not recovered.

Pena continued to engage in narcotics trafficking and money laundering after the October 4 arrest of Medina. For example, in the Spring of 2019, Pena used a yacht called the Blanco Perla to smuggle a substantial amount of narcotics proceeds from South Florida back to the Dominican Republic. Pena had purchased the Blanco Perla, a 51-foot, Sea Ray motor yacht, for approximately $400,000 in or around December 2018. Similarly, Pena purchased the Day Dreamer, a 53-foot, Carver motor yacht, for approximately $200,000 in or about April 2018.

In March 2019, Pena purchased real property located at 488 NE 18th Street, Unit 1610, Miami, Florida, concealing his interest in the property by titling it in the name of Miki's Import & Export, Inc. The purchase was made with a mortgage of approximately $476,000, and payments totaling approximately $536,354.78. In addition, between on or about February 19, 2019, and on or about March 21, 2019, Pena transferred a total of $218,100 in several transactions to an escrow account, acquiring, pre-construction, an interest in Unit 704 at 5350 Park in Doral, Florida in the name of a nominee.

In total, during the course of the conspiracy, Pena spent at least $1,354,454.78 in acquiring new assets.

Pena also engaged in money laundering through other co-conspirators, including co-conspirators who owned car dealerships in South Florida. These individuals would receive

4

cocaine proceeds in cash from Pena, deposit the money into their business accounts, and then give the money back to Pena so that he could spend the money in the United States.

There are numerous additional co-conspirators to Pena's money laundering and narcotics trafficking activities described above that are not mentioned in this Factual Proffer, and numerous other activities about which Pena has spoken to law enforcement that are not included herein. The facts included herein do not represent everything known to law enforcement or Pena about these activities.

The parties agree that the foregoing facts are sufficient to prove the Defendant's guilt of the offense alleged in Counts 1 and 2 of the Superseding Information beyond all reasonable doubt.

Date: 9/22/2020       By: *Daniel J. Marcet*
                            DANIEL J. MARCET
                            ASSISTANT UNITED STATES ATTORNEY

Date: 9/12/2020       By: _____
                            PAUL PETRUZZI
                            COUNSEL FOR DEFENDANT

Date: 9/22/2020       By: _____
                            CARLOS MIGUEL PENA
                            DEFENDANT